# EXHIBIT B

# CT Corporation

**Service of Process Transmittal**
11/15/2019
CT Log Number 536642880

**TO:** Alan Nadel, Attorney
Syngenta Crop Protection, LLC
410 S Swing Rd
Greensboro, NC 27409-2012

**RE:** **Process Served in Minnesota**

**FOR:** Syngenta Seeds, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | HEARTLAND CORN PRODUCTS, ETC., PLTF. vs. SYNGENTA SEEDS, LLC, ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | COMPLAINT, SUMMONS |
| **COURT/AGENCY:** | SIBLEY COUNTY FIRST JUDICIAL DISTRICT COURT, MN<br>Case # NONE |
| **NATURE OF ACTION:** | Product Liability Litigation - Viptera MIR- 162 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Inc, Saint Paul, MN |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/15/2019 at 15:47 |
| **JURISDICTION SERVED:** | Minnesota |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days of the date on which you received this Summons |
| **ATTORNEY(S) / SENDER(S):** | Michael K. Johnson<br>JOHNSON BECKER, PLLC<br>444 Cedar St, Suite 1800<br>St. Paul, MN 55101<br>612-436-1800 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780117786034<br><br>Image SOP<br><br>Email Notification, CHRISTINA LENTZ chris.lentz@syngenta.com<br><br>Email Notification, Carolyn Guelich carolyn.guelich@syngenta.com<br><br>Email Notification, Alan Nadel ALAN.NADEL@SYNGENTA.COM<br><br>Email Notification, Cheryl L Quain cheryl.quain@syngenta.com<br><br>Email Notification, Mark Smith mark.smith-1@syngenta.com<br><br>Email Notification, Manning Connors manning.connors@syngenta.com<br><br>Email Notification, John Burleigh john.burleigh@syngenta.com<br><br>Email Notification, Lance Arnott SOPVerification@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
11/15/2019
CT Log Number 536642880

| | |
|---|---|
| **TO:** | Alan Nadel, Attorney<br>Syngenta Crop Protection, LLC<br>410 S Swing Rd<br>Greensboro, NC 27409-2012 |
| **RE:** | **Process Served in Minnesota** |
| **FOR:** | Syngenta Seeds, LLC  (Domestic State: DE) |

| | |
|---|---|
| **SIGNED:**<br>**ADDRESS:** | CT Corporation System, Inc<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF MINNESOTA                                      DISTRICT COURT
COUNTY OF SIBLEY                                        FIRST JUDICIAL DISTRICT
                                                        Case Type: Other Civil

*In re Syngenta Litigation*

**HEARTLAND CORN PRODUCTS,**
individually,                                           Court File No. _____

      Plaintiff,

v.                                                      **SUMMONS**

→ **SYNGENTA SEEDS, LLC,**
**SYNGENTA CORPORATION,**
**SYNGENTA CROP PROTECTION, LLC,** and
**SYNGENTA BIOTECHNOLOGY, INC.,**
individually and jointly,

      Defendants.

TO:    THE STATE OF MINNESOTA AND THE ABOVE-NAMED DEFENDANT:

    1.    **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

    2.    **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at Johnson Becker, PLLC, 444 Cedar Street, Suite 1800, Saint Paul, Minnesota 55101.

    3.    **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    4.    **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the

story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

JOHNSON BECKER, PLLC

Dated: November 15, 2019

/s/ *Michael K. Johnson*
Michael K. Johnson (0258696)
Timothy J. Becker (0256663)
**JOHNSON BECKER, PLLC**
444 Cedar St., Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
mjohnson@johnsonbecker.com
tbecker@johnsonbecker.com

Martin J. Phipps (TX Bar No. 00791444)
*Pending Admission Pro Hac Vice*
Barry Deacon (TX Bar No. 24096725)
*Pending Admission Pro Hac Vice*
**PHIPPS ANDERSON DEACON LLP**
102 9th Street
San Antonio, Texas 78215
Telephone: (210) 340-9877
Facsimile: (210) 340-9899
mphipps@phippsandersondeacon.com
bdeacon@phippsandersondeacon.com

**ATTORNEYS FOR PLAINTIFF,
HEARTLAND CORN PRODUCTS**



Service of Process Transmittal
11/15/2019
CT Log Number 536642869

TO: Alan Nadel, Attorney
Syngenta Crop Protection, LLC
410 S Swing Rd
Greensboro, NC 27409-2012

RE: **Process Served in Delaware**

FOR: Syngenta Corporation  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | HEARTLAND CORN PRODUCTS, ETC., PLTF. vs. Syngenta Seeds, LLC, et al., Dfts. // TO: Syngenta Corporation |
| DOCUMENT(S) SERVED: | COMPLAINT, SUMMONS |
| COURT/AGENCY: | SIBLEY COUNTY FIRST JUDICIAL DISTRICT COURT, MN<br>Case # NONE |
| NATURE OF ACTION: | Product Liability Litigation - Viptera - MIR 162 |
| ON WHOM PROCESS WAS SERVED: | The Corporation Trust Company, Wilmington, DE |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/15/2019 at 15:38 |
| JURISDICTION SERVED: | Delaware |
| APPEARANCE OR ANSWER DUE: | Within 20 days of the date on which you received this Summons |
| ATTORNEY(S) / SENDER(S): | Michael K. Johnson<br>JOHNSON BECKER, PLLC<br>444 Cedar St., Suite 1800<br>St. Paul, MN 55101<br>612-436-1800 |
| REMARKS: | The documents received have been modified to reflect the name of the entity being served. |
| ACTION ITEMS: | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780117786034<br><br>Image SOP<br><br>Email Notification, CHRISTINA LENTZ chris.lentz@syngenta.com<br><br>Email Notification, Carolyn Guelich carolyn.guelich@syngenta.com<br><br>Email Notification, Alan Nadel ALAN.NADEL@SYNGENTA.COM<br><br>Email Notification, Cheryl L Quain cheryl.quain@syngenta.com<br><br>Email Notification, Mark Smith mark.smith-1@syngenta.com<br><br>Email Notification, Manning Connors manning.connors@syngenta.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



| | | Service of Process Transmittal |
|---|---|---|
| | | 11/15/2019 |
| | | CT Log Number 536642869 |

**TO:**  Alan Nadel, Attorney
Syngenta Crop Protection, LLC
410 S Swing Rd
Greensboro, NC 27409-2012

**RE:**  **Process Served in Delaware**

**FOR:**  Syngenta Corporation  (Domestic State: DE)

Email Notification,  John Burleigh  john.burleigh@syngenta.com

Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com

**SIGNED:** The Corporation Trust Company
**ADDRESS:** 1209 N Orange St
Wilmington, DE 19801-1120

**For Questions:** 866-401-8252
EastTeam2@wolterskluwer.com

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF MINNESOTA                                    DISTRICT COURT
COUNTY OF SIBLEY                                 FIRST JUDICIAL DISTRICT
                                                    Case Type: Other Civil

*In re Syngenta Litigation*

**HEARTLAND CORN PRODUCTS,**
individually,                                    Court File No. _____

      Plaintiff,

v.                                                      **SUMMONS**

**SYNGENTA SEEDS, LLC,**
~~**SYNGENTA CORPORATION,**~~
**SYNGENTA CROP PROTECTION, LLC,** and
**SYNGENTA BIOTECHNOLOGY, INC.,**
individually and jointly,

      Defendants.

TO:    THE STATE OF MINNESOTA AND THE ABOVE-NAMED DEFENDANT:

    1.    **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

    2.    **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at Johnson Becker, PLLC, 444 Cedar Street, Suite 1800, Saint Paul, Minnesota 55101.

    3.    **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    4.    **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the

1

story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

JOHNSON BECKER, PLLC

Dated: November 15, 2019

/s/ Michael K. Johnson
Michael K. Johnson (0258696)
Timothy J. Becker (0256663)
**JOHNSON BECKER, PLLC**
444 Cedar St., Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
mjohnson@johnsonbecker.com
tbecker@johnsonbecker.com

Martin J. Phipps (TX Bar No. 00791444)
*Pending Admission Pro Hac Vice*
Barry Deacon (TX Bar No. 24096725)
*Pending Admission Pro Hac Vice*
**PHIPPS ANDERSON DEACON LLP**
102 9th Street
San Antonio, Texas 78215
Telephone: (210) 340-9877
Facsimile: (210) 340-9899
mphipps@phippsandersondeacon.com
bdeacon@phippsandersondeacon.com

**ATTORNEYS FOR PLAINTIFF, HEARTLAND CORN PRODUCTS**



# Service of Process Transmittal
11/15/2019
CT Log Number 536642910

**TO:** Alan Nadel, Attorney
Syngenta Crop Protection, LLC
410 S Swing Rd
Greensboro, NC 27409-2012

**RE:** **Process Served in Minnesota**

**FOR:** Syngenta Crop Protection, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | HEARTLAND CORN PRODUCTS, ETC., PLTF. vs. Syngenta Seeds, LLC, et al., Dfts. // To: Syngenta Crop Protection, LLC |
| **DOCUMENT(S) SERVED:** | COMPLAINT, SUMMONS |
| **COURT/AGENCY:** | SIBLEY COUNTY FIRST JUDICIAL DISTRICT COURT, MN<br>Case # NONE |
| **NATURE OF ACTION:** | Product Liability Litigation - Viptera MIR- 162 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Inc, Saint Paul, MN |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/15/2019 at 15:47 |
| **JURISDICTION SERVED:** | Minnesota |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days of the date on which you received this Summons |
| **ATTORNEY(S) / SENDER(S):** | Michael K. Johnson<br>JOHNSON BECKER, PLLC<br>444 Cedar St., Suite 1800<br>St. Paul, MN 55101<br>612-436-1800 |
| **REMARKS:** | Please note the process server underlined, circled, initialed and/or highlighted the entity name being served prior to receipt. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780117786034<br><br>Image SOP<br><br>Email Notification, CHRISTINA LENTZ chris.lentz@syngenta.com<br><br>Email Notification, Carolyn Guelich carolyn.guelich@syngenta.com<br><br>Email Notification, Alan Nadel ALAN.NADEL@SYNGENTA.COM<br><br>Email Notification, Cheryl L Quain cheryl.quain@syngenta.com<br><br>Email Notification, Mark Smith mark.smith-1@syngenta.com<br><br>Email Notification, Manning Connors manning.connors@syngenta.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
11/15/2019
CT Log Number 536642910

TO: Alan Nadel, Attorney
Syngenta Crop Protection, LLC
410 S Swing Rd
Greensboro, NC 27409-2012

RE: **Process Served in Minnesota**

FOR: Syngenta Crop Protection, LLC  (Domestic State: DE)

Email Notification,  John Burleigh  john.burleigh@syngenta.com

Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com

SIGNED: CT Corporation System, Inc
ADDRESS: 1209 N Orange St
Wilmington, DE 19801-1120

For Questions: 866-401-8252
EastTeam2@wolterskluwer.com

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF MINNESOTA                                    DISTRICT COURT
COUNTY OF SIBLEY                                 FIRST JUDICIAL DISTRICT
                                                      Case Type: Other Civil

*In re Syngenta Litigation*

**HEARTLAND CORN PRODUCTS,**
individually,                                        Court File No. _____

    Plaintiff,

v.                                                         SUMMONS

**SYNGENTA SEEDS, LLC,**
**SYNGENTA CORPORATION,**
**SYNGENTA CROP PROTECTION, LLC,** and
**SYNGENTA BIOTECHNOLOGY, INC.,**
individually and jointly,

    Defendants.

TO:   THE STATE OF MINNESOTA AND THE ABOVE-NAMED DEFENDANT:

    1.    **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

    2.    **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at Johnson Becker, PLLC, 444 Cedar Street, Suite 1800, Saint Paul, Minnesota 55101.

    3.    **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    4.    **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the

1

story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

JOHNSON BECKER, PLLC

Dated: November 15, 2019

/s/ Michael K. Johnson
Michael K. Johnson (0258696)
Timothy J. Becker (0256663)
**JOHNSON BECKER, PLLC**
444 Cedar St., Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
mjohnson@johnsonbecker.com
tbecker@johnsonbecker.com

Martin J. Phipps (TX Bar No. 00791444)
*Pending Admission Pro Hac Vice*
Barry Deacon (TX Bar No. 24096725)
*Pending Admission Pro Hac Vice*
**PHIPPS ANDERSON DEACON LLP**
102 9th Street
San Antonio, Texas 78215
Telephone: (210) 340-9877
Facsimile: (210) 340-9899
mphipps@phippsandersondeacon.com
bdeacon@phippsandersondeacon.com

**ATTORNEYS FOR PLAINTIFF,
HEARTLAND CORN PRODUCTS**



# Service of Process Transmittal
11/15/2019
CT Log Number 536642859

| | |
|---|---|
| **TO:** | Alan Nadel, Attorney<br>Syngenta Crop Protection, LLC<br>410 S Swing Rd<br>Greensboro, NC 27409-2012 |
| **RE:** | **Process Served in Delaware** |
| **FOR:** | Syngenta Crop Protection, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | HEARTLAND CORN PRODUCTS, ETC., PLTF. vs. SYNGENTA SEEDS, LLC, ET AL., DFTS. // TO: Syngenta Biotechnology Inc. |
| **DOCUMENT(S) SERVED:** | COMPLAINT, SUMMONS |
| **COURT/AGENCY:** | SIBLEY COUNTY FIRST JUDICIAL DISTRICT COURT, MN<br>Case # NONE |
| **NATURE OF ACTION:** | Product Liability Litigation - Viptera MIR- 162 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/15/2019 at 15:38 |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days of the date on which you received this Summons |
| **ATTORNEY(S) / SENDER(S):** | Michael K. Johnson<br>JOHNSON BECKER, PLLC<br>444 Cedar St., Suite 1800<br>St. Paul, MN 55101<br>612-436-1800 |
| **REMARKS:** | Syngenta Biotechnology, Inc. - Received for Syngenta Biotechnology, Inc. and forwarded to Syngenta Crop Protection, LLC based upon prior mergers. The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780117786034 |
| | Image SOP |
| | Email Notification,  CHRISTINA LENTZ  chris.lentz@syngenta.com |
| | Email Notification,  Carolyn Guelich  carolyn.guelich@syngenta.com |
| | Email Notification,  Alan Nadel  ALAN.NADEL@SYNGENTA.COM |
| | Email Notification,  Cheryl L Quain  cheryl.quain@syngenta.com |
| | Email Notification,  Mark Smith  mark.smith-1@syngenta.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
11/15/2019
CT Log Number 536642859

| | |
|---|---|
| **TO:** | Alan Nadel, Attorney<br>Syngenta Crop Protection, LLC<br>410 S Swing Rd<br>Greensboro, NC 27409-2012 |
| **RE:** | **Process Served in Delaware** |
| **FOR:** | Syngenta Crop Protection, LLC  (Domestic State: DE) |

Email Notification,  Manning Connors  manning.connors@syngenta.com

Email Notification,  John Burleigh  john.burleigh@syngenta.com

Email Notification,  Lance Arnott  SOPVerification@wolterskluwer.com

| | |
|---|---|
| **SIGNED:**<br>**ADDRESS:** | The Corporation Trust Company<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF MINNESOTA  
COUNTY OF SIBLEY

DISTRICT COURT  
FIRST JUDICIAL DISTRICT  
Case Type: Other Civil

*In re Syngenta Litigation*

**HEARTLAND CORN PRODUCTS,**  
individually,

   Plaintiff,

v.

**SYNGENTA SEEDS, LLC,**  
**SYNGENTA CORPORATION,**  
**SYNGENTA CROP PROTECTION, LLC,** and  
**SYNGENTA BIOTECHNOLOGY, INC.,**  
individually and jointly,

   Defendants.

Court File No. _____

**SUMMONS**

TO:  THE STATE OF MINNESOTA AND THE ABOVE-NAMED DEFENDANT:

  1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

  2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at Johnson Becker, PLLC, 444 Cedar Street, Suite 1800, Saint Paul, Minnesota 55101.

  3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

  4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the

1

story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

5. -**LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

JOHNSON BECKER, PLLC

Dated: November 15, 2019

*/s/ Michael K. Johnson*
Michael K. Johnson (0258696)
Timothy J. Becker (0256663)
**JOHNSON BECKER, PLLC**
444 Cedar St., Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
mjohnson@johnsonbecker.com
tbecker@johnsonbecker.com

Martin J. Phipps (TX Bar No. 00791444)
*Pending Admission Pro Hac Vice*
Barry Deacon (TX Bar No. 24096725)
*Pending Admission Pro Hac Vice*
**PHIPPS ANDERSON DEACON LLP**
102 9th Street
San Antonio, Texas 78215
Telephone: (210) 340-9877
Facsimile: (210) 340-9899
mphipps@phippsandersondeacon.com
bdeacon@phippsandersondeacon.com

**ATTORNEYS FOR PLAINTIFF, HEARTLAND CORN PRODUCTS**

2