**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| *IN RE SYNGENTA AG MIR 162 CORN LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Heartland Corn Products v. Syngenta Seeds, LLC,* No. 2:20-cv-02168-JWL-JPO | MDL No. 2591 |

## ENTRY OF APPEARANCE

Jennifer B. Wieland of Berkowitz Oliver LLP hereby enters her appearance on behalf of Defendants Syngenta Seeds, LLC, Syngenta Corporation, and Syngenta Crop Protection, LLC[1] (collectively "Syngenta"), in the above-captioned case.

Dated: April 10, 2020

Respectfully submitted,

*/s/ Jennifer B. Wieland*
Jennifer B. Wieland
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:  (816) 561-7007
Facsimile:   (816) 561-1888
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

*Liaison Counsel for Syngenta Defendants*

---

[1] Although Heartland has also served the registered agent for Syngenta Biotechnology, Inc. as a defendant, Syngenta represents that Syngenta Biotechnology, Inc. was merged into Syngenta Crop Protection, LLC as of December 31, 2014.

## **CERTIFICATE OF SERVICE**

I certify that on April 10, 2020, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Jennifer B. Wieland*
Jennifer B. Wieland