# JOHNSON // BECKER PLLC

444 Cedar Street, Suite 1800
St. Paul, MN 55101
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

May 4, 2021

Heartland Corn Products
53331 MN-19
Winthrop, MN 55396

Re:   *Heartland Corn Products v. SyngentaSeeds, LLC, et al.*,
      Docket: No. 2:20-cv-02168-JWL-JPO

Dear Heartland Corn Products:

Enclosed and served upon you, please find the Notice of Withdraw of Appearance in the above-captioned matter. Mr. Phipps and Ms. Talafuse of Phipps Ortiz Talafuse, PLLC continue to be counsel of record in this matter.

Sincerely,

JOHNSON BECKER, PLLC

Timothy J. Becker, Partner
tbecker@johnsonbecker.com
Direct Dial No. (612) 436-1804

Cc:   Martin Phipps
      Meagen Talafuse

## AFFIDAVIT OF SERVICE

I, Danielle Johnson, being first duly sworn, state that on May 4, 2021, I served a true and correct copy of this **Notice of Withdrawal of Appearance** via US Mail and ECF, addressed as follows:

Heartland Corn Products
53331 MN-19
Winthrop, MN 55396

I declare under penalty of perjury that everything I have stated in this document is true and correct.

_Danielle Johnson_