IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *IN RE SYNGENTA AG MIR 162 CORN LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Heartland Corn Products v. Syngenta Seeds, LLC, et al.*,<br>No. 2:20-cv-02168-JWL-JPO | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

**SYNGENTA'S SUBMISSION ON AWARD OF FEES AGAINST PLAINTIFF
RELATED TO MOTIONS TO COMPEL DISCOVERY RESPONSES**

On April 19, 2021, the Court awarded Syngenta its "reasonable expenses, including attorneys' fees, incurred in bringing" two successful motions to compel documents that Heartland failed to produce. ECF No. 62 at 3.

In accordance with the Court's instructions, Syngenta sought "to confer and reach agreement" with Heartland "on the amount of expenses to be paid." *Id.* The parties met and conferred about a potential resolution of this issue on April 23, 2021, at which time Heartland's counsel stated that she would respond with their position after discussing the matter with her partner at her firm. Heartland's counsel did not communicate with Syngenta's counsel over the next several days. In an effort to work cooperatively to resolve this issue without the Court's intervention (including by obtaining an extension of time for further discussions), Syngenta's counsel followed up by email on April 27, left voicemails on April 30 and May 3, and sent another email on May 3. Syngenta also sought—and the Court granted—an extension of time to file its accounting from April 26 to May 6, 2021, to give the parties additional time to try to resolve this

issue without the Court's involvement. *See* ECF Nos. 65, 66. Heartland's counsel has not responded to any of Syngenta's communications.

The Court ordered that if the parties could not reach agreement, Syngenta should submit an accounting of fees incurred in bringing both motions. Even though Syngenta is entitled to recover those fees, Syngenta is willing to forgo the permitted fee award because, under the unique circumstances of this case, Syngenta's primary interest is in moving forward and obtaining the discovery Heartland still has not provided—if this case is allowed to proceed despite Heartland's repeated misconduct. As the Court has recognized, however, the record amply supports dismissal given Heartland's discovery failures and complete disregard of Court orders, as further illustrated by the third motion to compel that Syngenta has pending (ECF No. 67)—to which Heartland failed to respond—and now Heartland's failure to honor this Court's Order that the parties confer on the fee sanction. *See* ECF No. 62 at 2 (warning Heartland "that failure to comply" with Court's Order and produce documents by April 26 "will likely result in the undersigned U.S. Magistrate Judge recommending that the presiding judge dismiss the case"); ECF No. 70 (emphasizing Heartland's "disturbing pattern of shirking discovery obligations in the case it chose to file").

Dated:  May 6, 2021                      Respectfully submitted,

/s/ Thomas P. Schult
Thomas P. Schult (tschult@berkowitzoliver.com)
Jennifer B. Wieland (jwieland@berkowitzoliver.com)
Carson M. Hinderks (chinderks@berkowitzoliver.com)
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:   (816) 561-7007
Facsimile:    (816) 561-1888

*Liaison Counsel for Syngenta Defendants*

Leslie M. Smith, P.C. (leslie.smith@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

Michael D. Jones, P.C. (mjones@kirkland.com)
Edwin John U, P.C. (edwin.u@kirkland.com)
Ragan Naresh, P.C. (ragan.naresh@kirkland.com)
Patrick Haney (patrick.haney@kirkland.com)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:   (202) 389-5000
Facsimile:    (202) 389-5200

*Lead Counsel for Syngenta Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2021, I electronically filed the Certificate of Service with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Thomas P. Schult*
Thomas P. Schult